IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BRIDGET KEEGAN,**
    Plaintiff,

vs.                                       5:07cv94/RS/MD

**MICHAEL W. WYNNE, Secretary
Department of the Air Force,**
    Defendant.

___

### ORDER

The court having held a telephone hearing on plaintiff's motion to compel (doc. 54), and the court having heard the argument of counsel, the motion of GRANTED and it is ORDERED as follows:

1. Defendant shall provide a copy of David O'Brien's personnel file no later than 5:00 p.m. on Tuesday, September 16, 2008.

2. Defendant shall supplement his answers to the outstanding requests to produce and serve plaintiff's counsel no later than 5:00 p.m. on Monday, September 15, 2008.

3. The Defendant shall within ten days (as soon as possible thereafter, the court recognizing that defendant is a federal agency) pay to plaintiffs' counsel the sum of $1000.00 for their costs in preparing and arguing the instant motion to compel.  Either party may within ten days seek review of the award or the amount and be heard by filing a request for review with brief argument and supporting documentation.

DONE AND ORDERED this 12th day of September, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE